# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1848
_____

HAYLEY NICOLE BOWDEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

October 1, 2025

PER CURIAM.

AFFIRMED. *See Hendrix v. State*, 228 So. 3d 674, 676 (Fla. 1st DCA 2017) (determining that foundation objections to competency reports must be preserved); *Merriell v. State*, 169 So. 3d 1287, 1288 (Fla. 1st DCA 2015) (upholding the trial court's competency hearing based solely on a written report).

RAY, KELSEY, and TREADWELL, JJ. concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.